JAMES M. DESMOND ET AL. *v.* SHAUN K.
SHERIDAN ET AL.
(8690)

SPALLONE, NORCOTT and LANDAU, Js.

Argued October 2—decision released October 11, 1990

*Bruce J. Corrigan, Jr.,* for the appellants (defendants).

*Stephen M. Feinstein,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.

LAWRENCE J. GRACE *v.* CAROLYN ANN GRACE
(8818)

DALY, O'CONNELL and CRETELLA, Js.

Argued October 4—decision released October 12, 1990

*Andrew D. Cretella* filed a brief for the appellant
(plaintiff).

*Andrew P. Nemiroff* filed a brief for the appellee
(defendant).

PER CURIAM. The judgment is affirmed.